<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN HOLGUIN,<br><br>             Plaintiff,<br>v.<br><br>KOHL'S DEPARTMENT STORE, INC., JAMES MORELL, XYZ CORP. 1-5, JOHN DOE 1-3,<br><br>             Defendants. | Civil Action No.<br><br>2:15-cv-07016-SDW-LDW<br><br><br><br><br><br>**ORDER**<br><br>March 8, 2016 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on February 19, 2016 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff Karen Holguin's ("Plaintiff" or "Holguin") motion to remand be **GRANTED**.  (Dkt. No. 3, 7.)  No objections were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 7) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                                            s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:     Parties
         Magistrate Judge Leda D. Wettre